**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**v.**<br>**RAYMOND R.E. WORDEN,**<br>**DEFENDANT.** | **CASE NUMBER:**<br>**4:26-mj-00016-AGH** |

**ORDER ACCEPTING JOINT PLEA AGREEMENT AND NOLO CONTENDERE PLEA**

Upon consideration of the parties' Joint Motion for Approval of Plea Agreement and Acceptance of Nolo Contendere Plea, the Motion is hereby **GRANTED**.

The Court accepts Defendant Raymond R.E. Worden's plea of **nolo contendere** to **Count One, Reckless Driving**.

Defendant is hereby sentenced to pay a fine in the amount of **Six Hundred Dollars ($600.00)**, plus the applicable **Twenty-Five Dollar ($25.00) mandatory assessment**, for a total of **Six Hundred Twenty-Five Dollars ($625.00)**, unless otherwise modified by the Clerk or further order of the Court.

The remaining counts shall be resolved consistent with the parties' agreement and the Court's final disposition.

So ordered, this 11 day of August, 2026.

s/ Amelia G. Helmick
The Honorable Amelia G. Helmick
United States Magistrate Judge
Middle District of Georgia

Prepared by:
THE WRIGHT LEGAL GROUP
Katonga Wright, Esq.
Ga. Bar No.: 132654
3100 Gentian Boulevard, Suite 008B
Columbus, GA 31907
706-748-7363; 844-297-4448
877-972-3532 FAX
GAEFILE@thewrightlegalgroup.com
www.thewrightlegalgroup.com